26 A.3d 1070

IN THE MATTER OF STEPHEN H. SKOLLER, AN ATTORNEY AT LAW (ATTORNEY NO. 021901983).

September 13, 2011.

## CORRECTED ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 11–041, concluding that **STEPHEN H. SKOLLER** of **SOUTH ORANGE,** who was admitted to the bar of this State in 1983, and who has been suspended from the practice of law since March 24, 2006, should be censured for violating *RPC* 1.4(b) (failure to communicate with client) and *RPC* 1.15(d) (failure to comply with recordkeeping requirements of *R.* 1:21–6), and good cause appearing;

It is ORDERED that **STEPHEN H. SKOLLER** is hereby censured; and it is further

ORDERED that **STEPHEN H. SKOLLER** shall continue to comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.